IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | * | |
| Plaintiff, | * | |
| v. | * | CV 117-149 |
| ASHLEY N. JERNIGAN, | * | |
| Defendant. | * | |

**O R D E R**

On April 25, 2018, the Court entered a Consent Order at the request of both parties. (Doc. 20.) That Order stayed the case for 150 days and permitted Plaintiff to move the Court to enter judgment against Defendant for the damages alleged in its complaint. (Id. at 2.) The purpose of the stay was to facilitate time for the parties to reach a settlement agreement. On July 24, 2018, Plaintiff filed a status report indicating settlement discussions were still ongoing. (Doc. 21.) The 150-day stay expired on September 22, 2018. Since then neither party has submitted any filings. The Court now **ORDERS** the parties to file a joint status report updating the Court on the parties' settlement negotiations. The parties shall file their joint status report within **fourteen days** from the date of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of October, 2018.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA