IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | * | |
| Plaintiff, | * | |
| v. | * | CV 117-149 |
| ASHLEY N. JERNIGAN, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is a stipulation of dismissal signed by all parties in the case. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action, but do not state whether the dismissal is with or without prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of July, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA